IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JONATHAN WALCZAK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Ave. NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. The FBI has photographs that were taken with a disposable camera by a September 11 victim who tragically fell from one of the towers. The images are the only known media captured in the towers above the point of impact. The FBI has shown these photographs to reporters. But in response to a Freedom of Information Act request from Plaintiff JONATHAN WALCZAK, the FBI refuses to look for them because it says they are not neatly organized in the recordkeeping system the FBI uses for criminal investigations, and the DOJ has not bothered to respond to Plaintiff's appeal of that denial. Plaintiff therefore brings this suit.

## PARTIES

2. Plaintiff JONATHAN WALCZAK is an investigative journalist and podcaster whose shows garnered over 25 million downloads across streaming platforms. WALCZAK is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

**JURISDICTION AND VENUE**

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**JULY 9, 2025 FOIA REQUEST TO FBI**

7. On July 9, 2025, Plaintiff submitted a FOIA request to FBI for the following records:

> I'm writing to request photos developed by the FBI from a disposable camera recovered by the FBI from the rubble of the World Trade Center after the September 11, 2001, terrorist attacks.
>
> In 2003, Donald Sachtleben, a supervisory special agent with the FBI's Explosives Unit, showed the photos to then-Baltimore Sun reporter Laura Sullivan, who reported their existence in a December article titled FBI team puts together pieces from scenes of terror bombings.
>
> From the article: [FBI Explosives] Unit members found a disposable camera in the pocket of a man who jumped from one of the towers. When they developed the film months later, investigators found a chilling chronology of the man's experience that morning.
>
> The discovery of this camera by the FBI should be documented in evidence recovery logs of physical evidence recovered by the FBIs Operational Response Section as part of the FBIs PENTTBOM investigation. The FBI should therefore be able to narrow down a search for the photos today, in part by consulting evidence recovery logs.
>
> There is no other camera like this. There are no other photos like these. They are singular, and they are, in this request, reasonably described and detailed enough to locate without an unduly burdensome search.

8. Plaintiff's request asked FBI to check all cross-references in the search for records and to grant expedited processing for the request.

9. A true and correct copy of the FOIA request is attached as Exhibit 1.

10. On July 14, 2025, FBI denied the request in full, claiming that the request was "not searchable" and the FBI Central Records System "is not arranged in a manner that allows for the retrieval of information in the form [Plaintiff] requested."

11. A true and correct copy of the response is attached as Exhibit 2.

12. On July 15, 2025, Plaintiff administratively appealed the FBI's response.

13. A true and correct copy of the correspondence is attached as Exhibit 3.

14. FBI did not send any further correspondence to Plaintiff regarding this request.

15. As of the date of this filing, FBI has not responded to Plaintiff's administrative appeal.

16. As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – FBI'S FOIA VIOLATION

17. Paragraphs 1-16 are incorporated by reference.

18. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

19. Defendant FBI is a federal agency subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

22. Defendant FBI has failed to issue a determination on Plaintiff's administrative appeal within the statutory deadline.

23. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

    i.    declare that Defendants have violated FOIA;

    ii.    order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

    iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

    iv.    award Plaintiff attorneys' fees and costs; and

    v.    award such other relief the Court considers appropriate.

Dated: September 18, 2025

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Attorneys for Plaintiff
JONATHAN WALCZAK

Matthew Topic, *to be admitted pro hac vice*
Stephen Stich Match, NYSD. Bar No. 5567854
Merrick Wayne, *to be admitted pro hac vice*
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com