# Exhibit 1

# eFOIA Request Received

From efoia@subscriptions.fbi.gov <efoia@subscriptions.fbi.gov>

To jonwalczak@protonmail.com

Date Wednesday, July 9th, 2025 at 9:26 AM

## Individual Information

| | |
|---|---|
| Prefix | |
| First Name | Jonathan |
| Middle Name | |
| Last Name | Walczak |
| Suffix | |
| Email | jonwalczak@protonmail.com |
| Phone | |
| Location | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | |
| Address Line 2 | |
| City | |
| State | |
| Postal | |

## Agreement to Pay

**How you will pay**
I am requesting a fee waiver for
my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I
am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $** 200

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation** I'm a full-time investigative journalist.

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

Im writing to request photos developed by the FBI from a disposable camera recovered by the FBI from the rubble of the World Trade Center after the Sept. 11, 2001, terrorist attacks.

In 2003, Donald Sachtleben, a supervisory special agent with the FBIs Explosives Unit, showed the photos to then-Baltimore Sun reporter Laura Sullivan, who reported their existence in a December article titled FBI team puts together pieces from scenes of terror bombings.

From the article:

[FBI Explosives] Unit members found a disposable camera in the pocket of a man who jumped from one of the towers. When they developed the film months
later, investigators found a chilling chronology of the mans experience that morning.

The discovery of this camera by the FBI should be documented in evidence recovery logs of physical evidence recovered by the FBIs Operational Response Section as part of the FBIs PENTTBOM investigation. The FBI should therefore be able to narrow down a search for the photos today, in part by consulting evidence recovery logs.

There is no other camera like this. There are no other photos like these. They are singular, and they are, in this request, reasonably described and detailed enough to locate without an unduly burdensome search.

Its hard to think of a more egregious case of the FBI stonewalling a FOIA request by using the not reasonably described, not detailed enough, and unduly burdensome search exemptions.

This is a one-of-a-kind set of photos; physical evidence recovered by the FBI as part of the highest-profile investigation in American history. The photos were previously shown to a reporter. If the FBI truly cant locate them without an unduly burdensome search, that calls into question how the FBI stores and catalogs all evidence, even that collected as part of extremely high-profile cases.

Furthermore, there should be no national security concerns in releasing these photos, which document a historical event of high public interest from the point of a civilian; which presumably do not include any classified information; and which, once more, were already shown to a reporter by an FBI agent acting in an official capacity.

Finally, any privacy concerns can be addressed on a per-case basis, by, for example, limited redactions of faces of people in the photos  not by rejecting this request wholesale on privacy grounds.

Please check all cross-references.

# Expedite

**Expedite Reason**

The DOJ's FOIA policy states: "...if there is an urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information, his or her request will be expedited."

I'm a full-time investigative journalist ("a person who is primarily engaged in disseminating information."

There is an urgency here to inform the public about alleged federal government malfeasance: both how the FBI stores and catalogs physical evidence (especially, in this case, in advance of the 25th anniversary of the 9/11 attacks), and how it handles FOIA requests and denies even requests for detailed records using "not detailed enough" and "unduly burdensome" exemptions.

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIs electronic FOIA Library (The Vault) on the FBIs public website, http://vault.fbi.gov by clicking on the Check Status of Your FOI/PA Request tool link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.