JAY CLAYTON
United States Attorney for the
Southern District of New York
By: DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2748
Email: dominika.tarczynska@usdoj.gov

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN WALCZAK,<br><br>Plaintiff,<br><br>v<br><br>U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | Case No. 25-cv-07741 |

## ANSWER TO PLAINTIFFS' COMPLAINT

Defendants U.S. Department of Justice ("DOJ") and Federal Bureau of Investigation ("FBI," and together with DOJ, "Defendants"), by and through their undersigned counsel, respectfully submit the following answer to the complaint filed on September 18, 2025, ECF No. 1, by Plaintiff Jonathan Walczak in the above-captioned Freedom of Information Act ("FOIA") action, as follows:

1

## COMPLAINT[1]

1.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first three sentences of Paragraph 1. The fourth and fifth sentences of Paragraph 1 contain Plaintiff's characterization of this action and his FOIA request and appeal. In response to those allegations, Defendants respectfully refer the Court to Plaintiff's FOIA request as the best evidence of its contents and avers that FBI administratively closed Plaintiff's FOIA request, which decision was administratively affirmed by DOJ Office of Information Policy ("OIP") on appeal. Defendants deny the remaining allegations of this paragraph.

## PARTIES

2.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.  In response to the allegations of Paragraph 3, Defendants admit that DOJ is a federal agency and is subject to the requirements of FOIA.

4.  In response to the allegations of Paragraph 4, Defendants deny that the FBI is an agency within the meaning of 5 U.S.C. § 552(f)(1), but admit that the FBI is a component of DOJ and is subject to the requirements of the FOIA.

## JURISDICTION AND VENUE

5.  The allegations contained in Paragraph 5 consist of Plaintiff's conclusions of law regarding jurisdiction to which no response is required.

6.  The allegations contained in Paragraph 6 consist of Plaintiff's conclusions of law regarding venue to which no response is required.

---

[1] For ease of reference, Defendants refer to Plaintiff's headings and titles, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

**JULY 9, 2025 FOIA REQUEST TO FBI**

7. In response to the allegations of Paragraph 7, Defendants admit FBI received a FOIA request from Plaintiff on July 9, 2025. The remainder of Paragraph 7 consists of Plaintiff's characterization of his FOIA request. Defendants respectfully refer the Court to the cited request for a full and accurate statement of its contents.

8. Paragraph 8 consists of Plaintiff's characterization of Plaintiff's FOIA request. Defendants respectfully refer the Court to the cited request for a full and accurate statement of its contents.

9. In response to the allegations of Paragraph 9, Defendants admit that a copy of Plaintiff's July 9, 2025 FOIA Request is attached to the Complaint as Exhibit 1.

10. In response to the allegations in Paragraph 10, Defendants admit that FBI provided a response, dated July 14, 2025, to Plaintiff's FOIA request, and respectfully refers the Court to that response for a complete and accurate statement of its content.

11. In response to the allegations of Paragraph 11, Defendants admit that a copy of the July 14, 2025 response to Plaintiff's FOIA request is attached to the Complaint as Exhibit 2.

12. Defendants admit the allegations in Paragraph 12.

13. In response to the allegations of Paragraph 13, Defendants admit that a copy of Plaintiff's administrative appeal is attached to the Complaint as Exhibit 3.

14. Defendants admit the allegations in Paragraph 14.

15. In response to the allegations in Paragraph 15, Defendants admit that FBI had not responded to Plaintiff's administrative appeal by the date of Plaintiff's Complaint filing on September 18, 2025, and further avers that DOJ OIP responded to Plaintiff's administrative appeal on September 19, 2025, affirming FBI's action as to Plaintiff's FOIA request.

16.     In response to the allegations of Paragraph 16, Defendants admit that FBI has not produced any records in response to Plaintiff's FOIA request. The remaining allegations contain legal conclusions to which no response is required; to the extent a response is deemed required, Defendants deny the allegations.

## COUNT 1

17.     Defendants incorporate by reference their responses to all preceding paragraphs.

18.     Paragraph 18 consists of conclusions of law and Plaintiffs' characterization of his FOIA request, to which no response is required. To the extent a response is deemed required, the allegations are denied.

19.     In respect to the allegations of Paragraph 19, Defendants deny that the FBI is an agency within the meaning of 5 U.S.C. § 552(f)(1), but admit that the FBI is a component of DOJ, which is subject to the requirements of the FOIA. The remainder of this paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed required, the allegations are denied.

20.     Paragraph 20 consists of conclusions of law and Plaintiffs' characterization of his FOIA request, to which no response is required.

21.     Paragraph 21 consists of conclusions of law, to which no response is required. To the extent a response is deemed required, the allegations are denied.

22.     In response to the allegations of Paragraph 22, Defendant avers that DOJ OIP responded to Plaintiff's administrative appeal on September 19, 2025. The remaining allegations of this paragraph consist of conclusions of law, to which no response is required. To the extent a response is deemed required, the allegations are denied.

23. In response to the allegations of Paragraph 23, Defendants admit that FBI has not produced any records in response to Plaintiff's FOIA request. The remaining allegations of this paragraph consist of conclusions of law, to which no response is required. To the extent a response is deemed required, the allegations are denied.

24. The allegations contained in paragraphs (i)-(v) following paragraph 23 of the Complaint and commencing with the word "WHEREFORE" constitute Plaintiff's request for relief to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the requested relief, or any relief whatsoever.

## **AFFIRMATIVE DEFENSES**

Any allegations not specifically admitted, denied, or otherwise answered are hereby denied. For further defenses, Defendants hereby raise the following defenses. Defendants respectfully reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation. Accordingly, Defendants reserve their right to assert each and every affirmative or other defense that may be available, including defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure

## **FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim for which relief can be granted, as Defendants have not unlawfully withheld any records within the meaning of the FOIA, 5 U.S.C. § 522 or the Privacy Act, 5 U.S.C. § 522a.

## SECOND DEFENSE

If documents responsive to Plaintiff's request exist, such documents, or portions thereof, are exempt from disclosure to the extent provided by applicable FOIA exemptions, 5 U.S.C. § 552(b).

## THIRD DEFENSE

Plaintiff is not entitled to attorneys fees under 5 U.S.C. § 552(a)(4)(E).

## FOURTH DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

## FIFTH DEFENSE

To the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

**WHEREFORE**, Defendants respectfully request this Court to: (1) dismiss the Complaint with prejudice; (2) deny injunctive relief to Plaintiff; (3) enter judgment in favor of Defendants, (4) award costs for defense of this action; and (5) grant such other relief as may be just and equitable.

Dated:    New York, New York                                   Respectfully submitted,
          December 12, 2025

                                                               JAY CLAYTON
                                                               United States Attorney for the
                                                               Southern District of New York
                                                               Attorney for Defendant

                                                       By:     /s/ Dominika Tarczynska
                                                               Dominika Tarczynska
                                                               Assistant United States Attorney
                                                               86 Chambers Street, 3rd Floor
                                                               New York, New York 10007
                                                               Telephone: 212-637-2748
                                                               e-mail: dominika.tarczynska@usdoj.gov