UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN WALCZAK,

Plaintiff,

-v-

U.S. DEPARTMENT OF JUSTICE *et al.*,

Defendants.

25 Civ. 7741 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed during today's conference, the Court sets the following summary judgment briefing schedule:

- The Government's summary judgment motion and administrative record, including any declaration(s), are due April 15, 2026;

- Walczak's opposition and cross-motion for summary judgment are due May 6, 2026;

- The Government's opposition and reply are due May 27, 2026; and

- Walczak's reply is due June 10, 2026.

At the conference, the Court stated its expectation that the Government's administrative record, including any declaration(s), should cover, *inter alia*, the Government's efforts, and any results of such efforts, to:

1) Gather information from former supervisory special agent Donald Sachtleben that could help it locate the requested materials;

2) Locate the disposable camera itself, from which the requested materials would have been developed, and any related physical evidence (*e.g.*, photograph negatives);

3) Determine whether the requested materials are or were contained in Evidence Bay 1284 at the FBI's headquarters in Quantico, Virginia, *see* Dkt. 1-3 (December 21, 2003 Baltimore Sun article);

4) Determine whether evidence logs associated with the 9/11 attacks could help locate the requested materials; and

5) Identify the 9/11 victim from whom the disposable camera was recovered.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 21, 2026
New York, New York