UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN WALCZAK,

Plaintiff,

v.

DEPARTMENT OF JUSTICE *et al.*,

Defendants.

Civil Action No. 25-cv-7741 (PAE)

# **Exhibit E**

**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Jonathan Walczak

Re: Appeal No. A-2025-02185

Request No. NFP-1622050

jonwalczak@protonmail.com

**VIA: Online Portal - 9/19/2025**

Dear Jonathan Walczak:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act (FOIA) request for access to photos developed by the FBI from a disposable camera recovered by the FBI from the rubble of the World Trade Center after the September 11, 2001 terrorist attacks. I note that your appeal concerns the FBIs denial of your request.

After carefully considering your appeal, I am affirming the FBI's action on your request. A proper FOIA request for records must reasonably describe the records sought. See 5 U.S.C. § 552(a)(3)(A); see also 28 C.F.R. § 16.3(b) (2024). The FBI informed you that your request is not searchable in their indices. I have determined that the FBI's response was correct. Please be advised that your request lacks specificity, such as evidence numbers, and without further details, the FBI cannot locate responsive records with a reasonable amount of effort. ???For questions about how to reasonably describe your request, please email the FBI at foipaquestions@fbi.gov.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue

litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X Rianna Barrett

Rianna Barrett,

Associate Chief, for Christina Troiani,
Chief, Administrative Appeals Staff