UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN WALCZAK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | Case No. 25-cv-7741 (PAE) |

**DECLARATION OF JONATHAN WALCZAK**

I, Jonathan Walczak, declare as follows:

1. I am over 18 and competent to provide this declaration.

2. The following statements are made on my personal and professional knowledge and, if sworn as a witness, I can testify competently thereto.

3. I am an investigative journalist, podcaster, and documentary filmmaker. The podcasts I hosted for iHeartRadio — "Missing in Alaska" (2020); "Missing on 9/11" (2021); and "Missing in Arizona" (2024) — have more than 25 million downloads. I worked closely with members of law enforcement while reporting these shows, including the FBI.

4. Photographic evidence from the 9/11 terrorist attacks is a central part of my reporting. I am currently directing and producing a documentary film, "32 Frames: A 9/11 Mystery," about photographic evidence recovered from the World Trade Center site following the September 11 attacks. "32 Frames" centers on the story of a camera found in the rubble of the

World Trade Center — but not the camera and photos central to this lawsuit — and my journey to identify the photographer.

5. If I obtain the photos central to this lawsuit, I do not plan to publish them in "32 Frames," which is a separate, independent project. However, after a careful ethical evaluation of what the photos depict, I do plan to publish them as part of future journalistic work.

6. I learned in 2003, from a *Baltimore Sun* article, that the FBI possessed never-before-seen photos taken inside the World Trade Center, above a point of impact, during the 9/11 attacks.

7. For years, I have researched the photos, including who might have taken them, what they depict, and where they might be today.

8. Because the photos depict a unique view of history; because how they were processed and stored by the FBI is of public interest; and because it is unclear whether or not the FBI even made the photos available to The National Commission on Terrorist Attacks Upon the United States, also known as the 9/11 Commission, I undertook multiple steps in the past 15 years to locate them.

9. One step included reaching out to former FBI Special Agent Donald Sachtleben, who had been interviewed for the *Baltimore Sun* article while employed by the FBI.

10. I made contact with Mr. Sachtleben, who declined to provide any information because the FBI had not authorized it. A true and correct copy of an October 7, 2020, letter he sent to me is attached as Exhibit 1.

11. I also attempted to identify the photographer, which could have provided additional leads.

12. Years ago, I contacted the *Baltimore Sun* reporter, but the reporter had no records or recollection of the photographer's identity.

13. I also attempted to triangulate information in the article with public data in order to identify the photographer.

14. Because the article describes the photos as showing a man who appears to be a construction worker, who could be the photographer, I undertook extensive research to identify all construction and construction-adjacent workers from a public list of 9/11 victims and winnow that list down, based on additional public information, to a set of 22 individuals whom I estimated could plausibly be the photographer.

15. However, I was unable to reduce the list further, and because the public record does not contain extensive information about all the victims, the photographer might not be on this list.

16. I filed the FOIA request at issue in this case. The FBI denied it, and I administratively appealed that denial. Exhibits A, B, and C to the Lara Declaration contain the relevant correspondence.

17. The FBI did not act on my administrative appeal within 20 business days or before I filed this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___, 2026.

Jonathan Walczak

Jonathan Walczak

06/03/2026