**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN WALCZAK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | Case No. 25-cv-7741 (PAE) |

# Exhibit 1

**Exhibit 1**

Dear Mr Walczak

As you may know, I'm currently serving a term of incarceration for disclosure of national security information. While the items you seek may not be classified, I still do not feel comfortable discussing them. I gave the interview to the Baltimore Sun with the full knowledge and authorization of the FBI. I no longer hold that authority.

Good luck with your endeavors.

Sincerely