LOEVY + LOEVY

222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
www.loevy.com

September 30, 2026

**VIA ECF**
Hon. Paul Engelmayer
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**RE: *Walczak v. U.S. Department of Justice, et al.*, No. 25-cv-7741 (PAE)**

Dear Judge Engelmayer:

I represent Plaintiff Jonathan Walczak in the above case and respectfully write on behalf of all parties to inform the Court, pursuant to Rule 3(N) of its individual rules, that the parties' cross-motions for summary judgment, ECF Nos. 26 and 29, have been fully briefed for more than 60 days without decision or scheduling of oral argument.

Very truly yours,

*/s/ Stephen Stich Match*
Stephen Stich Match

cc: All counsel of record (via ECF)