**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 30, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Walczak v. U.S. Department of Justice*, 25-Civ. 7741 (PAE)

Dear Judge Engelmayer:

This Office represents defendants the United States Department of Justice ("DOJ") and the Federal Bureau of Investigations ("FBI," and together with DOJ, the "Government") in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action brought by plaintiff Jonathan Walczak, related to a FOIA request he submitted to the FBI.

The Government respectfully submits the enclosed corrected version of the Declaration of Christine L. Driver dated July 10, 2026, ECF No. 35, that the Government submitted in connection with its reply brief in support of the Government's motion for summary judgment.

The reason for this correction is that there is a typographical error in the fourth sentence of paragraph 7 of the July 10, 2026, version of the declaration which states: "NYFO conducted a search using the term '*digital* camera,' which resulted in no responsive records located." (emphasis added). The corrected version of the declaration, which is attached to this letter, corrects the sentence to read: "NYFO conducted a search using the term '*disposable* camera,' which resulted in no responsive records located." (emphasis added). All other content of the declaration remains the same.

The Government respectfully requests that the Court consider this corrected version of the Declaration of Christine L. Driver when deciding the pending cross-motions for summary judgment.

We apologize for any confusion that this typographical error may have caused, and thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ Dominika Tarczynska
DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chamber Street, 3rd Floor

New York, NY 10007
(212) 637-2748
Dominika.Tarczynska@usdoj.gov
*Counsel for Defendants*

Encl.

GRANTED.

SO ORDERED.

Date: September 30, 2026
New York, New York

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge